PLAN (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Mark & Patricia Hill    Case #11- 12999-BKC-JKO

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $328.90 for months 1 to 15; and
B. $316.87 for months 16 to 60 in order to pay the following creditors:

Administrative: Attorney's Fee - $4,425.00
$3,500.00 plus $150.00 COSTS, $750.00 + 25.00-Mot. to Strip 2nd Mortg
TOTAL PAID $1,500.00
Balance Due $2925.00 payable: $195.00/mo. (Mos. 1 to 15)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan:

Somerset Condo Assn         Arrears: $4000.35
11784 W Sample Rd.          Arrears: $20.00/mo. (Mos. 1 to 15)
Pompano Beach FL 33065      Arrears: $82.23/mo. (Mos. 16 to 60)
                            Regular: $84.00/mo. (Mos. 1 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America | homestead 277,500.00 | 0 | 0 | 0 | 0 |
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

Unsecured Creditors: Pay $121.83/ month (Months 16 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors to pay GMAC 6781 and Space Coast 4003 directly, and assume lease with Lexus Financial.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Mark Hill_
Debtor
_/s/ Patricia Hill_
Debtor